**Order entered April 26, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00370-CV

## IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

In accordance with this Court's opinion of this date, we **REVERSE** the trial court's April 12, 2016 order sustaining the contest to appellant's affidavit of indigence. Appellant is allowed to proceed without prepayment of costs.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE